# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABLITY LITIGAITON | ) MDL No. 2750<br>) Master Docket No. 3:16-md-2750 |
| This document relates to: | ) JUDGE BRIAN R. MARTINOTTI<br>) JUDGE LOIS H. GOODMAN |
| *Monot, Kenneth*<br>*3:16-cv-07591-BRM-LHG* | )<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MITSUBISHI TANABE PHARMA HOLDINGS AMERICA, INC., MITSUBISHI TANABE PHARMA DEVELOPMENT AMERICA, INC, TANABE RESEARCH LABORATORIES U.S.A., INC AND MITSUBISHI TANABE PHARMA CORP.

**TO THE CLERK OF THE COURT:**

Plaintiff Kenneth Monot, by and through the undersigned counsel, and pursuant to Case Management Order No. 7, hereby file this notice of voluntary dismissal without prejudice as to Defendants MITSUBISHI TANABE PHARMA CORP., MITUSBISHI TANABE PHARMA DEVELOPMENT AMERICA, INC., TANABE RESEARCH LABORATORIES U.S.A., INC. AND MITSUBISHI TANABE PHARMA HOLDINGS, INC.

DATED: July 19, 2017

                                                       Respectfully submitted,

                                                         /s/ Christopher LoPalo
                                                       Christopher LoPalo, Esq.
                                                       Napoli Shkolnik PLLC
                                                       400 Broadhollow Rd. Suite 305
                                                       Melville, NY 11747
                                                       Tel: (212) 397-1000
                                                       Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.


Dated: July 19, 2017

                                                            /s/ Christopher LoPalo  
                                                         Christopher LoPalo, Esq.