## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

Kenneth J Monot v. Janssen Pharmaceuticals, Inc., et al.,
Case No. 3:16-cv-07591-BRM-LHG

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth J Monot, hereby dismisses this case in its entirety, as to all Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

By: /s/ Christopher R. LoPalo
Christopher R. LoPalo
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Counsel for Plaintiff*

Dated: January 21, 2020

By: /s/ Michael C. Zogby
Michael C. Zogby
**DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: michael.zogby@dbr.com

*MDL Liaison Counsel for Defendants*

Dated: January 21, 2020

It is so ordered this 29th day of January, 2020

Brian R. Martinotti, U.S.D.J.